1  RICHARD M. ROGERS, State Bar No. 045843
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Tel: 415.981.9788
   Fax: 415.981.9798
4  Email: RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   Ralph A. Angelesco
6

7  MELINDA S. RIECHERT, State Bar No. 65504
   YIN ZHENG, State Bar No. 268619
8  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
9  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
10 Tel:   650.843.4000
   Fax:   650.843.4001
11 Email: mriechert@morganlewis.com
   Email: lzheng@morganlewis.com
12

13 Attorneys for Defendant
   Day & Zimmermann Security Services, Inc.
14

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17              SAN FRANCISCO DIVISION
18

19 RALPH A. ANGELESCO,                    Case No. 11-CV-2393 EMC
20              Plaintiff,                **STIPULATION TO EXTEND TIME
21                                        FOR DEFENDANT DAY &
        vs.                               ZIMMERMANN SECURITY
22                                        SERVICES, INC. TO RESPOND TO
   DAY ZIMMERMANN SECURITY                PLAINTIFF'S COMPLAINT**
23 SERVICES and JDSU,
                                          ORDER
24              Defendant.

25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO EXTEND TIME FOR DEFENDANT
DAY & ZIMMERMANN SECURITY SERVICES, INC. TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 11-CV-2393 EMC

DB2/ 22559063.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Ralph A. Angelesco ("Plaintiff") and Defendant Day & Zimmermann Security Services, Inc. ("Defendant" or "DZSS"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the above-referenced action against Defendant DZSS on May 16, 2011. Plaintiff sent a Waiver of the Service of Summons form to DZSS on May 19, 2011. DZSS returned the waiver of service form on May 27, 2011;

WHEREAS, the last day for DZSS to answer or otherwise respond to Plaintiff's Complaint is July 18, 2011;

WHEREAS, there have been no prior requests for an extension of time to respond to the Complaint;

WHEREAS, the parties have agreed, by an through their counsel of record, to extend the last day for Defendant DZSS to answer or otherwise respond to the Complaint by fourteen (14) days, until August 1, 2011;

WHEREAS, pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, good cause exists for an extension because counsel for Defendant DZSS needs additional time to complete its preliminary investigation of the allegations in the Complaint so that it may be prepared to respond thereto;

THEREFORE, the parties hereby stipulate THAT:

///
///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION TO EXTEND TIME FOR DEFENDANT
DAY & ZIMMERMANN SECURITY SERVICES, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 11-CV-2393 EMC

1  The deadline for Defendant DZSS to answer or otherwise respond to Plaintiff's Complaint
2  is extended to August 1, 2011.

Dated: July 18, 2011                          MORGAN, LEWIS & BOCKIUS LLP

                                              By _____
                                              Melinda S. Riechert
                                              Yin Zheng
                                              Attorneys for Defendant
                                              Day & Zimmermann Security Services, Inc.

Dated: July 18, 2011                          LAW OFFICE OF RICHARD M. ROGERS

                                              By _____
                                              Richard M. Rogers
                                              Attorneys for Plaintiff
                                              Ralph A. Angelesco

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION TO EXTEND TIME FOR DEFENDANT
DAY & ZIMMERMANN SECURITY SERVICES, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 11-CV-2393 EMC