1  RICHARD M. ROGERS, State Bar No. 045843
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Tel: 415.981.9788
   Fax: 415.981.9798
4  Email: RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   Ralph A. Angelesco
6

7  MELINDA S. RIECHERT, State Bar No. 65504
   YIN ZHENG, State Bar No. 268619
8  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
9  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
10 Tel:   650.843.4000
   Fax:   650.843.4001
11 Email: mriechert@morganlewis.com
   Email: lzheng@morganlewis.com
12

13 Attorneys for Defendant
   Day & Zimmermann Security Services, Inc.
14

15                  UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
17                  SAN FRANCISCO DIVISION
18

19 RALPH A. ANGELESCO,                    Case No. 11-CV-2393 EMC
20              Plaintiff,                **STIPULATION TO VOLUNTARILY DISMISS DEFENDANT JDSU WITHOUT PREJUDICE**
21        vs.
22 DAY ZIMMERMANN SECURITY                ORDER
   SERVICES and JDSU,
23
24              Defendant.

STIPULATION TO VOLUNTARILY DISMISS
DEFENDANT JDSU WITHOUT PREJUDICE
CASE NO. 11-CV-2393 EMC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22559575.2

Plaintiff Ralph A. Angelesco ("Plaintiff") and Defendant Day & Zimmermann Security Services, Inc. ("Defendant" or "DZSS"), by and through their respective counsel of record, hereby stipulate as follows:

1. DZSS stipulates and agrees that DZSS was the sole and exclusive employer of Plaintiff at all times relevant to this action and is solely responsible for any damages awarded to Plaintiff in this action;

2. Plaintiff agrees to voluntarily dismiss JDSU from this action without prejudice.

Dated: August 9, 2011

MORGAN, LEWIS & BOCKIUS LLP

By _____
Melinda S. Riechert
Yin Zheng
Attorneys for Defendant
Day & Zimmermann Security Services, Inc.

Dated: August 9, 2011

LAW OFFICE OF RICHARD M. ROGERS

By _____
Richard M. Rogers
Attorneys for Plaintiff
Ralph A. Angelesco

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]