**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com

Attorneys for Plaintiff
**RALPH A. ANGELESCO**

**MELINDA S. RIECHERT, State Bar No. 65504**
**YIN ZHENG, State Bar No. 268619**
**MORGAN, LEWIS & BOCKIUS LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com
Email: lzheng@morganlewis.com

Attorneys for Defendant
**DAY & ZIMMERMANN SECURITY SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. ANGELESCO,<br><br>Plaintiff,<br><br>v.<br><br>DAY ZIMMERMAN SECURITY SERVICES,<br><br>Defendant. | Case No.: C11-02393 EMC [ECF]<br><br>Case filed: 05/16/11<br>Trial date: 06/25/12<br><br>**STIPULATION TO EXTEND MEDIATION CUTOFF DATE; [PROPOSED] ORDER** |

|    |                                                                                                                                                                                |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | The parties have scheduled mediation for December 16, 2011. The parties, therefore, stipulate to continue the mediation cutoff date from December 2, 2011, to December 31, 2011. |

Respectfully submitted,

Dated: 11-18-11

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 11/18/2011

MORGAN, LEWIS & BOCKIUS LLP

By: _____
MELINDA S. RIECHERT
YIN ZHENG
Attorneys for Defendant
Day & Zimmermann Security
Services, In.

**IT IS SO ORDERED.**

Dated: 11/22/11

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA