1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **RALPH A. ANGELESCO**
6
   MELINDA S. RIECHERT, State Bar No. 65504
7  YIN ZHENG, State Bar No. 268619
   MORGAN, LEWIS & BOCKIUS LLP
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2122
   Tel:   650.843.4000
10 Fax:   650.843.4001
   Email: mriechert@morganlewis.com
11 Email: lzheng@morganlewis.com
12
   Attorneys for Defendant
13 **DAY & ZIMMERMANN SECURITY SERVICES, INC.**

14

15

16             **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18

19 RALPH A. ANGELESCO,              )   Case No.: C11-02393 EMC [ECF]
                                    )
20         Plaintiff,               )   Case filed:    05/16/11
                                    )   Trial date:    06/25/12
21     v.                           )
                                    )
22 DAY ZIMMERMAN SECURITY SERVICES, )   **STIPULATION TO EXTEND MEDIATION**
                                    )   **CUTOFF DATE; [PROPOSED] ORDER**
23         Defendant.               )
                                    )
24 _____

25

26

27

28

1  The parties have scheduled mediation for December 16, 2011. The parties, therefore,
2  stipulate to continue the mediation cutoff date from December 2, 2011, to December 31, 2011.

3  Respectfully submitted,

4  Dated: 11-18-11

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

8  Dated: 11/18/2011

MORGAN, LEWIS & BOCKIUS LLP

By: _____
MELINDA S. RIECHERT
YIN ZHENG
Attorneys for Defendant
Day & Zimmermann Security
Services, In.

**IT IS SO ORDERED.**

Dated: 11/22/11

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANGELESCO
/MEDIATION.STIP

Case No.: C11-02393 EMC [ECF] -- STIPULATION TO EXTEND MEDIATION CUTOFF DATE; [PROPOSED] ORDER

1