**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email:   RogersRMR@yahoo.com

Attorneys for Plaintiff
**RALPH A. ANGELESCO**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. ANGELESCO,<br><br>          Plaintiff,<br><br>     v.<br><br>DAY ZIMMERMAN SECURITY SERVICES,<br><br>          Defendant. | Case No.: C11-02393 EMC [ECF]<br><br>Case filed:     05/16/11<br>Trial date:     06/25/12<br><br>**STIPULATION TO DISMISSAL OF ACTION; ORDER** |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 12-19-11

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 12-28-11

MORGAN, LEWIS & BOCKIUS LLP

By: /s/
MELINDA S. RIECHERT
YIN ZHENG
Attorneys for Defendant
Day & Zimmermann Security Services, Inc.

**IT IS SO ORDERED.**

Dated: 1/4/12

IT IS SO ORDERED
/s/ Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA