1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone:   415/981-9788
   Facsimile:    415/981-9798
4  Email:          RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **RALPH A. ANGELESCO**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. ANGELESCO, ) | Case No.: C11-02393 EMC [ECF] |
| Plaintiff, ) | Case filed:  05/16/11 |
| ) | Trial date:   06/25/12 |
| v. ) | |
| DAY ZIMMERMAN SECURITY SERVICES, ) | **STIPULATION TO DISMISSAL OF ACTION; ORDER** |
| Defendant. ) | |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 12-19-11

LAW OFFICE OF RICHARD M. ROGERS

By: *[signature]*
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 12-28-11

MORGAN, LEWIS & BOCKIUS LLP

By: *[signature]*
MELINDA S. RIECHERT
YIN ZHENG
Attorneys for Defendant
Day & Zimmermann Security Services, Inc.

**IT IS SO ORDERED.**

Dated: 1/4/12

By: *[signature]*

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*